UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

-ADAM STEUER, et. al.

                Plaintiff(s),                1:26-cv-02038

v.

BARKBOX, INC.                      AFFIDAVIT IN SUPPORT OF
                 Defendant(s).           MOTION TO ADMIT COUNSEL
                                        *PRO HAC VICE*

-------------------------------------------------

I, Anthony Paronich, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Paronich Law, P.C.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Massachusetts.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case ___ for _____ 1:26-cv-02038 _____.

Date: March 12, 2025
Hingham_____, MA

*Anthony Paronich*
Signature of Movant
Firm Name Paronich Law, P.C.
Address 350 Lincoln Street, Suite 2400
Hingham, MA 02043

Email anthony@paronichlaw.com
Phone (617) 485-0018

**NOTARIZED**

State of Nevada
County of Clark

Skye Harris
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 25-7759-01
Expires March 31, 2029

This instrument was acknowledged before me on 03/12/2026 by Anthony Paronich.

Notarized remotely using audio-video communication technology via Proof.