UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

-ADAM STEUER, et. al.

        Plaintiff(s),

v.

BARKBOX, INC.

        Defendant(s).

1:26-cv-02038

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, __Anthony Paronich__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Partner__ with the law firm of __Paronich Law, P.C.__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Massachusetts__.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I __Have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __Have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case ___ for _____ __1:26-cv-02038__ _____.

Date: March 12, 2025

    __Hingham__, MA

*Anthony Paronich*
Signature of Movant
Firm Name __Paronich Law, P.C.__
Address __350 Lincoln Street, Suite 2400__
__Hingham, MA 02043__

Email __anthony@paronichlaw.com__
Phone __(617) 485-0018__

**NOTARIZED**

Skye Harris
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 25-7759-01
Expires March 31, 2029

State of Nevada
County of Clark

This instrument was acknowledged before me on 03/12/2026 by Anthony Paronich.

Notarized remotely using audio-video communication technology via Proof.