IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM STEUER, individually and on behalf of all others similarly situated, | : <br> : CIVIL ACTION FILE NO. 26-cv-2038 <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| BARKBOX, INC. | : <br> : |
| Defendant. | : <br> : |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiff's Motion for Pro Hac Vice Admission of Anthony Paronich, it is hereby ORDERED that the motion is GRANTED.

IT IS SO ORDERED.

_____
United States District Judge

1