AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Adam Steuer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02038-JHR |
| BarkBox, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BarkBox, Inc.                                                                    .

Date:      03/31/2026

/s/ Kevin J. O'Brien
*Attorney's signature*

Kevin J. O'Brien New York Bar No. 5983713
*Printed name and bar number*

King & Spalding LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104

*Address*

kobrien@kslaw.com
*E-mail address*

(212) 556-2100
*Telephone number*

(212) 556-2222
*FAX number*