# KING & SPALDING

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Kevin J. O'Brien
Partner
Direct Dial: +1 212 827 4088
Direct Fax: +1 212 556 2222
kobrien@kslaw.com

March 31, 2026

**VIA CM/ECF ONLY**
The Honorable Jennifer H. Rearden
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Steuer v. BarkBox, Inc.*, No. 1:26-cv-02038-JHR

Dear Judge Rearden:

I represent Defendant BarkBox, Inc. in the above-referenced matter. I write pursuant to Section 2(E) of this Court's Individual Practices to request a two-week extension of time to file Defendant's response to Plaintiff's Complaint.

The original deadline for Defendant to answer or otherwise respond to the Complaint is April 9, 2026. Thus, Defendant requests an extension of time through April 23, 2026, to answer or otherwise respond to the Complaint.

This is Defendant's first request for extension of time, and the requested extension does not affect any other deadline. We have conferred with counsel for Plaintiff, who does not oppose the request.

      Sincerely,

      *Kevin J. O'Brien*

      Kevin J. O'Brien

cc: All counsel of record (via CM/ECF)