UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

ADAM STEUER, individually and on behalf : 
of all others similarly situated, :

                                  Plaintiff, :     Civil Action No. 1:26-cv-02038-AT

                                             :

v. :     CLASS ACTION

                                             :

BARKBOX, INC., :

                              Defendant. :

------------------------------------------------------------- X

## <u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BarkBox, Inc. files this Corporate Disclosure Statement, identifying as follows:

1. Defendant is a wholly owned subsidiary of Bark, Inc., a publicly traded entity on the New York Stock Exchange under ticker symbol BARK.

2. No other publicly held corporation owns more than 10% of BarkBox, Inc.'s stock.

Dated:  April 7, 2026.

                                     */s/ Kevin J. O'Brien*
                                     Kevin J. O'Brien
                                     **KING & SPALDING LLP**
                                     1290 Avenue of the Americas, 14th Floor
                                     New York, New York 10104
                                     Telephone: (212) 556-2100
                                     kobrien@kslaw.com

                                     *Counsel for Defendant*

1