UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

ADAM STEUER, individually and on behalf
of all others similarly situated,

                              Plaintiff,     :     Civil Action No. 1:26-cv-02038-AT

v.     :     CLASS ACTION

BARKBOX, INC.,

                            Defendant.   :

----------------------------------------------------------------- X

## <u>DECLARATION OF ALLEXIA BOWMAN ROBERTS</u>

1.     I am an attorney at the law firm of King & Spalding LLP.

2.     I submit this declaration in support of my Motion for Admission Pro Hac Vice before this Court in the above captioned matter.

3.     I am a member in good standing of the bar of Georgia and Washington. Attached hereto are the Certificates of Good Standing for each jurisdiction.

4.     I have never been convicted of a felony.

5.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.     There are no disciplinary proceedings presently against me.

7.     Wherefore, your declarant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice for Defendant BarkBox, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated April 30, 2026.          /s/ *Allexia Bowman Roberts*
Georgia, Fulton County       Allexia Bowman Roberts