# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION ) BAR NO. 54902

OF ) **CERTIFICATE**

ALLEXIA BOWMAN ROBERTS ) **OF**

TO PRACTICE IN THE COURTS OF THIS STATE ) **GOOD STANDING**

_____ )

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**ALLEXIA BOWMAN ROBERTS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on May 7, 2019, and is now and has continuously since that date been

an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of this Court on the 28th day of
April, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court