UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ADAM STEUER, individually and on behalf : 
of all others similarly situated, :
: 
                             Plaintiff, :    Civil Action No. 1:26-cv-02038-AT
: 
v. :    CLASS ACTION
: 
BARKBOX, INC., :
: 
                          Defendant. :

---------------------------------------------------------------- X

## MOTION FOR ADMISSION PRO HAC VICE FOR SIDNEY STEWART HASKINS II

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for BarkBox, Inc. in the above-captioned action.

I am in good standing of the bar of the state of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated:  June 25, 2026.

/s/ S. Stewart Haskins II
S. Stewart Haskins II
**KING & SPALDING LLP**
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
shaskins@kslaw.com

*Counsel for Defendant*