UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

ADAM STEUER, individually and on behalf     :
of all others similarly situated,     :

     :

                          Plaintiff,     :     Civil Action No. 1:26-cv-02038-AT

     :

v.     :     CLASS ACTION

     :

BARKBOX, INC.,     :

     :

                          Defendant.     :

-------------------------------------------------------------- X

## **<u>DECLARATION OF SIDNEY STEWART HASKINS II</u>**

1.      I am a Partner at the law firm of King & Spalding LLP.

2.      I submit this declaration in support of my Motion for Admission Pro Hac Vice before this Court in the above captioned matter.

3.      I am a member in good standing of the bar of Georgia. Attached hereto is the Certificate of Good Standing.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.      There are no disciplinary proceedings presently against me.

7.      Wherefore, your declarant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice for Defendant BarkBox, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated June 25, 2026.                  /s/ *S. Stewart Haskins II*
Georgia, Fulton County            S. Stewart Haskins II