UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ADAM STEUER, individually and on behalf    :
of all others similarly situated,

    :

    :

                Plaintiff,    :    Civil Action No. 1:26-cv-02038-AT

    :

v.    :    CLASS ACTION

    :

BARKBOX, INC.,    :

    :

             Defendant.    :

---------------------------------------------------------------- X

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE
## FOR SIDNEY STEWART HASKINS II

The motion of Sidney Stewart Haskins II for admission to practice Pro Hac Vice in the above captioned action is **GRANTED**. The applicant has declared that he is a member of good standing of the bar of Georgia and that his contact information is as follows:

> S. Stewart Haskins II
> KING & SPALDING LLP
> 1180 Peachtree Street, N.E., Suite 1600
> Atlanta, GA 30309
> Telephone: (404) 572-4600
> Facsimile: (404) 572-5100
> shaskins@kslaw.com

The applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for BarkBox, Inc. in the above-captioned action; **IT IS HEREBY ORDERED** that the applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____

                                          United States District Judge