USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM STEUER, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

BARKBOX, INC.,

Defendant.

26 Civ. 2038 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant's letter motion for extension of time, *see* ECF No. 9, is granted. Defendant's answer, *see* ECF No. 11, shall be considered timely.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

SO ORDERED.

Dated: August 19, 2026
New York, New York

ANALISA TORRES
United States District Judge