UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM STEUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARKBOX, INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-02038-AT<br><br>CLASS ACTION |

**DEFENDANT'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated August 26, 2026, as well as all prior pleadings and proceedings had, Defendant Barkbox, Inc. through its undersigned attorneys, will move this Court, before the Honorable Analisa Torres, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing Plaintiff Adam Steuer's complaint, together with such other and further relief as the Court deems just and proper.

Dated: August 26, 2026
Atlanta, Georgia

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II (*admitted pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
shaskins@kslaw.com

*Counsel for Defendant*