KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

S. Stewart Haskins II
Partner
Tel: +1 404 572 4687
shaskins@kslaw.com

September 17, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Steuer v. BarkBox, Inc.*, No. 1:26-cv-02038 (S.D.N.Y.)
Joint Letter Regarding Discovery Schedule

Dear Judge Torres:

Plaintiff Adam Steuer ("Plaintiff") and Defendant BarkBox, Inc. ("Bark") respectfully submit this joint letter to advise the Court of the parties' agreement regarding the timing of their responses to written discovery.

On August 26, 2026, with permission from the Court, Defendant filed a Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) (Dkt. 25), which remains pending. Under the Court's August 24, 2026 Order (Dkt. 24), briefing on the motion is scheduled to be completed by November 4, 2026.

The parties have served their initial written discovery requests in this matter, as contemplated by the Civil Case Management Plan and Scheduling Order (Dkt. 18) but have agreed to defer their respective response obligations until thirty (30) days after the Court rules on Defendant's Motion for Judgment on the Pleadings. Good cause exists to respond to the parties' current discovery requests at a later time because the Court's resolution of Defendant's dispositive motion may narrow or dispose of the claims, thereby affecting the scope and necessity of discovery.

Accordingly, the parties respectfully request that the Court suspend the discovery deadlines set forth in the Civil Case Management Plan and Scheduling Order (Dkt. 18) and permit the parties

to submit a revised proposed discovery schedule no later than fourteen (14) days after the Court rules on Defendant's Motion for Judgment on the Pleadings.

This is the parties' first request to modify any discovery response deadline in this action, and no prior request for such relief has been made or denied. The request is joint and made with the consent of all parties. The parties thank the Court for its consideration.

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ *S. Stewart Haskins II*
S. Stewart Haskins II
King & Spalding LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
(404) 572-4687
shaskins@kslaw.com

*Counsel for Defendant*

CC: Counsel of Record (via ECF)