**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ADAM STEUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BARKBOX, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 1:26-cv-02038 (AT) |

/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Adam Steuer submits as supplemental authority in support of his Opposition to Defendant BarkBox, Inc.'s Motion for Judgment on the Pleadings (ECF No. 27), the Order in *Gutman v. Ember Technologies, Inc.*, No. 25-CV-02436, 2026 U.S. Dist. LEXIS 244867 (E.D.N.Y. Oct. 26, 2026), a true and correct copy of which is attached hereto as Exhibit A.

Date: September 7, 2026

*<u>/s/ Anthony I. Paronich</u>*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Phone: (508) 221-1510
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*