UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ADAM STEUER, individually and on behalf of all others similarly situated, | : | |
| Plaintiff, | : | Civil Action No. 1:26-cv-02038-AT |
| v. | : | CLASS ACTION |
| BARKBOX, INC., | : | |
| Defendant. | : | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant BarkBox, Inc. submits the following five orders as supplemental authority in support of its Motion for Judgment on the Pleadings (Dkt. Nos. 25; 26; 30):

- Exhibit 1: *Reaves v. Worldwide Golf Shops, LLC*, No. CIV-25-00453-JD, Dkt. No. 40 (W.D. Okla. Sept. 14, 2026)
- Exhibit 2: *Lowrey v. Twilio, Inc.*, -- F. Supp. 3d ---, 2026 WL 2958730 (W.D. Va. Oct. 1, 2026)
- Exhibit 3: *Bronstin v. Happy Cabbage Analytics, Inc.*, -- F. Supp. 3d ---, 2026 WL 3343316 (M.D. Pa. Oct. 29, 2026)
- Exhibit 4: *Siringi v. Crust Pizza Co.*, No. 4:25-CV-4266, 2026 WL 3417126, at *1 (S.D. Tex. Oct. 14, 2026), *report and recommendation adopted in relevant part*, No. 4:25-CV-04266, 2026 WL 3392348 (S.D. Tex. Nov. 6, 2026)
- Exhibit 5: *Starling v. What If Holdings LLC*, No. 3:26-CV-1039-B, 2026 WL 3536298 (N.D. Tex. Nov. 16, 2026)

Dated: November 18, 2026
Atlanta, Georgia

Respectfully submitted,

*/s/ Allexia Bowman Roberts*
S. Stewart Haskins II (*admitted pro hac vice*)
Allexia Bowman Roberts (*admitted pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
shaskins@kslaw.com
aroberts@kslaw.com

Kevin J. O'Brien
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone: (212) 556-2100
kobrien@kslaw.com

*Counsel for Defendant*