UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ADAM STEUER, individually and on behalf of all others similarly situated, | : | |
| Plaintiff, | : | Civil Action No. 1:26-cv-02038-AT |
| v. | : | CLASS ACTION |
| BARKBOX, INC., | : | |
| Defendant. | : | |

**DEFENDANT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant BarkBox, Inc. submits the following two orders as supplemental authority in support of its Motion for Judgment on the Pleadings (Dkt. Nos. 25; 26; 30):[1]

- Exhibit 1: *Callier v. The Finish Line, Inc.*, No. 3:25-CV-2331-B, 2026 WL 3573414 (N.D. Tex. Nov. 20, 2026).
- Exhibit 2: *Rodriguez v. Premier Med. Assocs. All Fla. L.L.C.*, No. 6:26-cv-792-JSS-CAB, 2026 U.S. Dist. LEXIS 264698 (M.D. Fla. Nov. 17, 2026).

[1] Plaintiff criticizes BarkBox for citing decisions that predate its October 16, 2026 reply. Dkt. No. 35 at 1–2. But the order adopting the *Siringi* report and recommendation issued on November 6, 2026—after the reply. *Siringi v. Crust Pizza Co.*, No. 4:25-CV-04266, 2026 WL 3392348 (S.D. Tex. Nov. 6, 2026). And *Lowrey v. Twilio, Inc.*, -- F. Supp. 3d ---, 2026 WL 2958730 (W.D. Va. Oct. 1, 2026) was not available on Westlaw when Defendant filed the reply. Plaintiff's Response also goes well beyond the supplemental authority to press new substantive arguments, *id.* at 2–3, and is therefore an improper surreply filed without leave of Court.

Dated: November 25, 2026
Atlanta, Georgia

Respectfully submitted,

*/s/ Allexia Bowman Roberts*
S. Stewart Haskins II (*admitted pro hac vice*)
Allexia Bowman Roberts (*admitted pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
shaskins@kslaw.com
aroberts@kslaw.com

Kevin J. O'Brien
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone: (212) 556-2100
kobrien@kslaw.com

*Counsel for Defendant*